UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEOFF LEE PROBY, | ) | NO. CV 06-5679 VAP (FMO) |
| Petitioner, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| A. HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

On September 11, 2006, petitioner, a prisoner in state custody, filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2254. On October 2, 2006, the court stayed the instant proceedings to permit petitioner to exhaust seven additional claims. (See Court's Order of October 2, 2006, at 4). The court's order required petitioner to keep the court informed of the status of his state habeas petitions. (See id. at 4-5). Specifically, the court ordered that "[b]eginning **January 1, 2007, and every ninety (90) days thereafter**, petitioner shall file a 'Status Report Re: Petitioner's State Habeas Petition' ('Status Report')." (Id. at 4) (bold in original). Petitioner filed his last Status Report on October 10, 2007.

Accordingly, IT IS HEREBY ORDERED THAT, on or before, **February 21, 2008**, petitioner shall show cause, if any there be, why the stay should not be vacated. **Petitioner shall attempt to show such cause in writing by filing a Status Report that sets forth the name of the court and the status of the state habeas petition(s) and all activity that has occurred to date.**

**Petitioner shall attach a current copy of the docket sheet or any other orders or decisions that have been issued by the state court(s). Petitioner is explicitly put on notice that failure to timely file a Status Report will result in the stay being vacated. The court will then proceed to address the three exhausted claims in the Petition.**

    **IT IS SO ORDERED.**

Dated this 22nd day of January, 2008.

/s/
Fernando M. Olguin
United States Magistrate Judge