# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFF LEE PROBY,<br><br>    Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>    Respondent. | NO. CV 06-5679 VAP (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Aug 16, 2010.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE